No. 73-1324. ASSOCIATED GENERAL CONTRACTORS OF MASSACHUSETTS, INC., ET AL. *v.* ALTSHULER ET AL. C. A. 1st Cir. Certiorari denied.

No. 73-1330. GLYNN *v.* DONNELLY. C. A. 1st Cir. Certiorari denied.

No. 73-1336. HARDY ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 73-1344. MAY, ADMINISTRATRIX *v.* GOLDMAN ET AL. Sup. Ct. Va. Certiorari denied.

No. 73-1345. GABALDON ET AL. *v.* UNITED FARM WORKERS ORGANIZING COMMITTEE ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 73-1350. HILLCREST PRESBYTERIAN CHURCH OF SEATTLE *v.* PRESBYTERY OF SEATTLE, INC., ET AL. Ct. App. Wash. Certiorari denied.

No. 73-1376. SPELLERS ET UX. *v.* STEUART MOTOR CO., T/A TRIANGLE MOTORS. Ct. App. D. C. Certiorari denied.

No. 73-1381. ATKINSON-DAUKSCH AGENCIES, INC. *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 73-1382. KLEMMER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 73-5841. REINGOLD *v.* CURTIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 73-5848. ROWLETTE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.